No. 96–6486. IRELAND v. LOWE. C. A. 10th Cir. Certiorari denied.

No. 96–6487. RODRIGUEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–6488. WARD v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–6489. WARD v. NORTH CAROLINA. Super. Ct. N. C., Pitt County. Certiorari denied.

No. 96–6491. SIMPSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–6492. FOUTCH v. ALASKA. Super. Ct. Alaska, 4th Jud. Dist. Certiorari denied.

No. 96–6495. ROBERTS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–6497. ARNOLD v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–6498. ALVAREZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–6501. GOGGANS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–6503. O'ROURKE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–6506. ALI v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–6508. CAMPOS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–6509. STEWARD v. DALTON, SECRETARY OF THE NAVY. C. A. 4th Cir. Certiorari denied.

No. 96–6511. JEFFERSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–6512. BERNAL-ARROYAVE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.